UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANIE RILEY,

                Plaintiff,        24-cv-3440 (JGK)

    - against -              ORDER

JAMES MICHELLE JEWELRY, LLC,

                Defendant.

JOHN G. KOELTL, District Judge:

    The time to answer was June 10, 2024. To date, no answer has been filed. The time to answer is extended to **July 8, 2024.**

    If no answer is filed by that date, the plaintiff should move for a default judgment.

SO ORDERED.

Dated:    New York, New York
           June 17, 2024

                                          John G. Koeltl
                                     United States District Judge