UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANIE RILEY, on behalf of herself and all others similarly situated,

                     Plaintiffs,

-against-

JAMES MICHELLE JEWELRY LLC

                     Defendant.

Docket No: 1:24-cv-3440

**NOTICE OF SETTLMENT**

Now comes the Plaintiff AMANIE RILEY by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. On the date of this Notice, a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Parties jointly and respectfully request that the Court stay this case and adjourn all deadlines and conferences.

    Dated:    Hicksville, New York
                   July 2, 2024

                                            Respectfully submitted,

                                            /s/ *Mars Khaimov*

                                            Mars Khaimov, Esq.
                                            Mars Khaimov Law, PLLC
                                            100 Duffy Ave., Suite 510
                                            Hicksville, NY 11801
                                            mars@khaimovlaw.com

1